IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER PARKER,

    Petitioner,

v.

DARREN GALLOWAY,

    Respondent.

Case No. 23-CV-03617-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 29, 2023 (Doc. 22), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: November 29, 2023**

                                          **MONICA A. STUMP,**
                                          **Clerk of Court**


                                        **By:** *s/ Jackie Muckensturm*
                                                   **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                      **U.S. District Judge**